John P. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, Florida 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
and
Donald A. MacKay, Esq.
CA Bar No: 138540
don@damackay.com
Donald A. Mackay, Attorney-At-Law
12888 W. Fern Leaf Avenue
Chino Hills, CA   91766
Telephone: (202) 642-4646
Facsimile: (866) 365-8821
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION – LOS ANGELES

MICHELE A. JOSEPH, Individually,

    Plaintiff,

vs.

MOHAMAD POURNAMDARI, Individually,

    Defendant.
_____/

Case No. 2:17-CV-3450-DMG-KS

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, Michele A. Joseph, Individually, by and through her undersigned counsel, and informs the Court that the matter has been amicably settled between the Parties, subject to the final execution of the settlement documents, and hereby requests:

1. That pursuant to a Settlement Agreement entered into between the Plaintiff and the Defendant, that the Parties have sixty (60) days to file a Joint Stipulation for Dismissal With Prejudice.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of **August, 2017**, a true and correct copy of the foregoing has been electronically filed using the Court's CM/ECF System. I further Certify that a copy of the foregoing document will be sent via Notice of Electronic Filing to Attorneys for the Defendant, John M. Credell, Esq., johncredell@jmccoylaw.com, Law Office of John M. Credell, 3878 W. Carson St., Suite 104, Torrance, CA 90503.

Respectfully Submitted,

**/s/John P. Fuller**
John P. Fuller, *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, Florida 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
and
Donald A. MacKay, Esq.
CA Bar No: 138540
don@damackay.com
Donald A. Mackay, Attorney-At-Law
12888 W. Fern Leaf Avenue
Chino Hills, CA 91766
Telephone: (202) 642-4646
Facsimile: (866) 365-8821
*Attorneys for Plaintiff*